No. 1196. GANDÍA & CO., DEMANDANTES Y APELADOS, *v.* ALONSO, DEMANDADO Y APELANTE.—Apelación procedente de la Corte de Distrito de Arecibo en un caso sobre cobro de dinero. Moción de la parte apelada para que se desestime la apelación. Resuelto en noviembre 24, 1914. Denegada la moción por haber presentado su alegato el apelante antes de que se discutiera la moción y teniendo en cuenta la jurisprudencia sentada en los casos de *González* v. *Acha et al.,* 19 D. P. R., 1208; *Alfonzo* v. *Rosso,* decidido en noviembre 5, 1914. Abogado del apelado: *Sr. Ontonio Suliveres.* Abogado del apelante: *Sr. Pedro Amado Rivera.*

---

No. 1242. RODRÍGUEZ ET AL., DEMANDANTES Y APELADOS, *v.* SUCESIÓN VIRELLA ET AL., DEMANDADOS Y APELANTES.—Apelación procedente de la Corte de Distrito de Guayama en un caso de filiación y nulidad de testamento y otros extremos. Moción de los apelantes desistiendo de la apelación. Resuelto en noviembre 24, 1914. Se tiene a los apelantes por desistidos de su apelación. Abogado de los apelantes: *Sr. Rafael López Landrón.* Los apelados no comparecieron.